**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **BURL NEWTON,** | * | |
| **Plaintiff,** | * | **Civil Action No. 12-00175 (JAG)** |
| **v.** | * | |
| **EQUIFAX INFORMATION SOLUTIONS, INC.,** *et al.* | * | |
| | * | |
| **Defendants.** | | |

*REVISED* **AGREED ORDER FOR A TIME EXTENSION FOR DEFENDANT
AMERICAN EXPRESS TO FILE ITS ANSWER OR
OTHER RESPONSIVE PLEADINGS TO MAY 21, 2012**

This matter is before the Court upon the *revised* consent motion filed by Defendant American Express that this Honorable Court correct the date on the two week time extension for American Express to file its answer or other responsive pleadings in this matter to and including May 21, 2012; and

IT APPEARING TO THE COURT, that there is good cause shown as an inadvertent error was made in American Express' prior motion and by the consent of counsel for Plaintiff Burl Newton; it is this _10_ day of May, 2012,

ORDERED, that Defendant American Express' *revised* motion be and hereby is granted; and it is further

ORDERED, that Defendant American Express shall have a two week extension of time to file its answer or other responsive pleadings in this matter from May 7, 2012, to and including May 21, 2012 (rather than May 14) and that this time extension is with full reservation and without waiver of American Express' claims and defenses.

/s/

John A. Gibney, Jr.
United States District Judge

_____
United States District Judge

Entered: 5/10/12