

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BURL NEWTON,

      **Plaintiff**

v.                                                    **CIVIL NO. 3:12-cv-00175-JAG**

EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and AMERICAN EXPRESS,

      **Defendants,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, **BURL NEWTON**, and the Defendant **TRANS UNION, LLC**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *TRANS UNION, LLC.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant, TRANS UNION, LLC.*, is hereby DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 3⁰ day of _May_, 2012.

                                 /s/
                               John A. Gibney, Jr.
                               United States District Judge
                               JUDGE



WE ASK FOR THIS:

_____

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____

Michael Robert Ward
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA 23218
E-mail: mward@morrismorris.com

*Counsel for Trans Union, LLC.*