


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BURL NEWTON,

**Plaintiff**

v.  CIVIL NO. 3:12-cv-00175-JAG

EQUIFAX INFORMATION SERVICES, LLC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and AMERICAN EXPRESS,

**Defendants,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **BURL NEWTON**, by counsel, and the Defendant **EQUIFAX INFORMATION SERVICES, LLC.**, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *EQUIFAX INFORMATION SERVICES, LLC.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant, EQUIFAX INFORMATION SERVICES, LLC.*, is hereby DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 23rd day of July, 2012.

/s/
John A. Gibney, Jr.
United States District Judge

WE ASK FOR THIS:

_____
Susan Mary Rotkis VSB 40693
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660 - Telephone
Fax: (757) 930-3662 - Facsimile
Email: srotkis@clalegal.com

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660 - Telephone
Facsimile: (757) 930-3662 - Facsimile
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____
John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
Email: jmontgomery@jwm-law.com

*Counsel for Equifax*