# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| **BURL NEWTON,** | * |
| Plaintiff, | *   Civil Action No.: 3:12-cv-00175 (JAG) |
| v. | * |
| **EQUIFAX INFORMATION SERVICES, LLC,** *et al.* | * |
| Defendants. | * |
| | * |

## NOTICE OF LAW FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective August 1, 2012, the law firm of Seeger Faughnan Mendicino, P.C., counsel for Defendant American Express Bank, FSB, in the above-captioned matter, changed its name to Seeger, P.C. The e-mail address for counsel is now quagliano@seeger-law.com. The firm's mailing address, telephone and facsimile numbers will remain the same.

**Dated: August 1, 2012**                    Respectfully submitted,

                              /s/
Julie Quagliano, VSB No. 37119
Counsel for Defendant American Express Bank, FSB
Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@seeger-law.com
***Counsel for Defendant American Express Bank, FSB***

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on August 1, 2012, and the following parties will be served through the Court's CM/ECF system:

>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., Suite 1-A
>Newport News, VA  23601
>Phone: 757-930-3660
>Fax: 757-930-3662
>Email: lenbennett@cox.net
>***Counsel for Plaintiff***
>
>David N. Anthony
>Virginia Bell Flynn
>Troutman Sanders LLP
>1001 Haxall Point
>Richmond, VA 23219
>Phone: 804-697-5410
>Fax: 804-697-5118
>Email: david.anthony@troutmansanders.com
>Email: Virginia.flynn@troutmansanders.com
>***Counsel for Defendant Experian Information Solutions***

>_____/s/_____
>Julie Quagliano, VSB No. 37119
>Counsel for Defendant American Express
>Bank, FSB
>Seeger, P.C.
>2620 P Street, N.W.
>Washington, D.C. 20007
>Phone: (202) 822-8838
>Fax: (202) 822-6982
>Email: quagliano@seeger-law.com